**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CR-123-FDW-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LONNIE SHAWN HOPSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) filed by Charles L. Morgan, concerning Marcia G. Shein on March 11, 2015.  Ms. Marcia G. Shein seeks to appear as counsel *pro hac vice* for Defendant Lonnie Shawn Hopson.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) is **GRANTED.**  Ms. Marcia G. Shein is hereby admitted *pro hac vice* to represent Defendant Lonnie Shawn Hopson.

   **SO ORDERED**.

Signed: March 11, 2015

David C. Keesler
United States Magistrate Judge